UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80779-CIV-HURLEY/HOPKINS

VINCENT NAPOLES-ARCILA, et al.,

    Plaintiffs,

v.

PERO FAMILY FARMS, LLC,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

**THIS CAUSE** is before the court upon plaintiff's motion for class certification [DE # 6] and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending that the motion be granted [DE # 29]. No objections were filed to the magistrate judge's report.

Pursuant to Fed. R. Civ. P. 72(b), "The district judge . . . shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule." The rule requires that objections be filed within ten days of service of the report and recommendation, and that the objecting party arrange for transcription of sufficient portions of the record. Fed. R. Civ. P. 72(b). The district judge may then "accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions." *Id*. Portions of the report and recommendation that are not specifically objected to are subject to the clear error standard. The identical requirements are set forth in 28 U.S.C. § 636(b)(1).

Order Adopting R & R of Magistrate Judge and Granting Motion for Class Certification
Napoles-Arcila et al. v. Pero Family Farms, LLC
Case No. 08-80779-CIV-HURLEY/HOPKINS

Upon review of the report of the magistrate judge, it is hereby **ORDERED** and **ADJUDGED**:

1. The Report and Recommendation of the United States Magistrate Judge [DE # 29] is **ADOPTED** in its entirety and incorporated herein by reference.

2. Plaintiff's motion for class certification [DE # 6] is **GRANTED**.

3. A class is **CERTIFIED** as follows:

    a. The class shall consist of all individuals admitted to the United States pursuant to 8 U.S.C. § 1101(a)(15)(H)(ii)(a) who were employed by Pero Family Farms, LLC to harvest vegetables during the 2007-08 Florida vegetable harvest.

    b. The named plaintiff shall act as the representative party, and plaintiff's counsel, Mr. Schell, shall serve as class counsel pursuant to Fed. R. Civ. P. 23(g).

4. Within **THIRTY (30) DAYS** of entry of this order, plaintiff shall notify all potential class members of the instant class action in the manner provided by Fed. R. Civ. P. 23(c)(2)(B), and file a certification with this court of such notice, describing in detail the notice given.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 4th day of June, 2009.

                                                                Daniel T. K. Hurley
                                                                United States District Judge

*Copies provided to counsel of record*
Hon. James M. Hopkins

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts